# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | Case No. 1:13CR091 |
| Plaintiff, | : | |
| | : | |
| v. | : | **NOTICE OF RECOMMENDATION** |
| | : | **FOR APPOINTMENT OF COUNSEL** |
| Gary F. Anderson, | : | |
| | : | |
| Defendant. | : | |

Dennis Terez, Acting Federal Public Defender for the Southern District of Ohio, respectfully recommends that Candace Crouse, Esq., be appointed to represent the defendant in the above-captioned case effective August 28, 2013.

                                          Respectfully submitted,

                                          STEVEN S. NOLDER,
                                          FEDERAL PUBLIC DEFENDER

                                          *s/James F. Maus*
                                          James F. Maus (00795972 TX)
                                          Assistant Federal Public Defender
                                          250 East 5th St., #350
                                          Cincinnati, Ohio  45202
                                          (513) 929-4834

## CERTIFICATE OF SERVICE

    I hereby certify that on August 28, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the United States Attorneys Office, Atrium II, 221 E. Fourth Street, Suite 400, Cincinnati, Ohio 45202.

                                          *s/James Maus*
                                          James Maus