UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 1:13-CR-091-3 |
| | | JUDGE SANDRA S. BECKWITH |
| Plaintiff | : | |
| vs. | | **MOTION TO WITHDRAW AS COUNSEL** |
| GARY F. ANDERSON | : | |
| Defendant | : | |

Pursuant to Rule 83.4 of the Local Rules of the United States District Court for the Southern District of Ohio, the undersigned counsel hereby requests permission from the court to withdraw as counsel of record for Defendant Gary F. Anderson. The reasons for this request are that irreconcilable differences have arisen between Defendant Anderson and counsel and Defendant has requested that counsel withdraw.

Wherefore, the undersigned counsel respectfully requests that this Honorable Court grant this Motion to Withdraw as Counsel.

_____
Michael K. Allen (0025214)
Counsel for Defendant Gary Anderson
Michael K. Allen & Associates
810 Sycamore St., 5th Floor
Cincinnati, Ohio 45202
Phone:      (513) 321-5297
Facsimile:  (513) 579-8703
Email:      mike@mkallenlaw.com

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was served upon Assistant U.S. Attorney on the same day it was filed.

_____
Michael K. Allen (0025214)
Counsel for Defendant Gary Anderson